HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
JUAN OROZCO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-00174 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) | |
| JUAN OROZCO-GARCIA, | ) | Date: October 1, 2015 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Juan Orozco-Garcia, that the status conference scheduled for October 1, 2015 be vacated and be continued to November 12, 2015 at 9:00 a.m.

The reason for continuance is to allow Defense counsel additional time to investigate and to confer with Mr. Orozco about the facts of the case.

///
///
///
///
///
///

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including November 12, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: September 29, 2015          Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Sean Riordan*
                                   SEAN RIORDAN
                                   Assistant Federal Defender
                                   Attorney for Juan Orozco-Garcia

DATED: September 29, 2015          BENJAMIN B. WAGNER
                                   United States Attorney

                                   */s/ by Sean Riordan with consent*
                                   KATHERINE LYDON
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

///

///

///

///

///

The Court orders the time from the date the parties stipulated, up to and including November 12, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 1, 2015, status conference shall be continued until November 12, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  October 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT