HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
JUAN OROZCO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN OROZCO-GARCIA,<br><br>Defendant. | Case No.  2:15-CR-00174 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>Date: November 12, 2015<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Juan Orozco-Garcia, that the status conference scheduled for November 12, 2015 be vacated and be continued to December 17, 2015 at 9:00 a.m.

The reason for continuance is to allow Defense counsel additional time to investigate and to confer with Mr. Orozco about the facts of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including December 17, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 9, 2015          Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Sean Riordan*
                                 SEAN RIORDAN
                                 Assistant Federal Defender
                                 Attorney for Juan Orozco-Garcia

DATED: November 9, 2015          BENJAMIN B. WAGNER
                                 United States Attorney

                                 */s/ by Sean Riordan with consent*
                                 KATHERINE LYDON
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, hereby adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. Time from the date the parties stipulated, up to and including December 17, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). The November 12, 2015 status conference shall be continued until December 17, 2015, at 9:00 a.m.

   IT IS SO ORDERED.

Dated:  November 12, 2015

                                 _____
                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                 UNITED STATES DISTRICT COURT