HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
JUAN OROZCO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JUAN OROZCO-GARCIA, <br> Defendant. | Case No. 2:15-CR-00174 GEB <br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME <br> Date: February 5, 2015 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Juan Orozco-Garcia, that the status conference scheduled for February 5, 2016 be vacated and be continued to March 4, 2016 at 9:00 a.m.

The reason for continuance is to allow Defense counsel additional time to investigate possible defenses, to confer with Mr. Orozco about the facts of the case, and to discuss possible resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including March 4, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 1, 2016			Respectfully submitted,

					HEATHER E. WILLIAMS
					Federal Defender

					*/s/ Sean Riordan*
					SEAN RIORDAN
					Assistant Federal Defender
					Attorney for Juan Orozco-Garcia

DATED: February 1, 2016			BENJAMIN B. WAGNER
					United States Attorney

					*/s/ by Sean Riordan with consent*
					KATHERINE LYDON
					Assistant U.S. Attorney
					Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 4, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the February 5, 2016 status conference shall be continued until March 4, 2016, at 9:00 a.m.

Dated:  February 1, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge