1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,          No. 2:15-CR-00174-GEB

8               Plaintiff,

9        v.                            **ORDER FOR EXMAINATION AND REPORT**

10  JUAN OROZCO-GARCIA,

11              Defendant.

12

13          On March 8, 2016, the attorney for Defendant Juan

14  Orozco-Garcia ("Orozco-Garcia") filed a document in which the

15  attorney informed the undersigned judge that he "has a concern

16  that Mr. Orozco-Garcia may presently be suffering from a mental

17  disease or defect rendering him mentally incompetent to the

18  extent that he is unable to understand the nature and

19  consequences of the proceedings against him or to assist properly

20  in his defense." (Mot. for Determination of Mental Competency

21  ("Mot") p. 1:23-25, ECF No. 27.)

22          Orozco-Garcia's attorney also questioned Orozco-Garcia's

23  competency at court hearing held on March 11, 2016, during which

24  Orozco-Garcia's attorney indicated that a psychological report

25  supports counsel's position.  Counsel was granted leave to file

26  the referenced psychological report under seal.

27          In light of Orozco-Garcia's attorney's lack of mental

28  competency assertion, Orozco-Garcia is committed to the custody

1

1  of the Attorney General of the United States who shall find a

2  suitable facility for the evaluation of Orozco-Garcia's

3  competency.

4          The examining officials are authorized to access all

5  pertinent medical and collateral information, including

6  psychiatric and medical records and psychological reports and

7  testing.

8          **I recommend that Orozco-Garcia be examined at FMC**

9  **Butner or MCFP Springfield, since Orozco-Garcia's attorney opines**

10 **that such placement would "enable seamless restoration treatment**

11 **in the event Mr. Orozco is deemed incompetent." (Mot. at p, 2:19-**

12 **20.) But of course, it is understood that placement is a decision**

13 **made by the Attorney General, and that the examination would most**

14 **likely occur wherever it can be done expeditiously.**

15         The Clerk of the Court shall include the United States

16 Marshal and the Federal Bureau of Prisons in the service of this

17 Order. The service on the Federal Bureau of Prisons shall have

18 attached thereto a copy of the Indictment (ECF No. 7), the

19 "Motion for Psychiatric Exam" (ECF No. 27), and the psychological

20 report (ECF No. 30); and the Federal Bureau of Prisons shall be

21 served by email to the following address: ***gra-***

22 ***dsc/teampapa~@bop.gov.***

23         IT IS SO ORDERED.

24 Dated:  March 11, 2016

25

26

27         GARLAND E. BURRELL, JR.
           Senior United States District Judge

28

2