UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUAN CARLOS OROZCO-GARCIA,<br><br>    Defendant. | No. 2:15-CR-0174-GEB<br><br>**ORDER** |

The undersigned judge received the attached communications concerning defendant Juan Carlos Orozco-Garcia and has authorized the courtroom deputy to provide the contact information that has been requested.

Dated: May 9, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge



U.S. Department of Justice
Federal Bureau of Prisons
U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street
Springfield, Missouri 65807

*Office of the Warden*

April 25, 2016

Honorable Garland E. Burrell Jr.
Senior United States District Judge
Eastern District Court of California
Robert T. Matsui U.S. Courthouse
501 I Street
Sacramento, CA. 95814

RE:  OROZCO-GARCIA, Juan
Reg. No.:  72767-097
Docket No.:  15-CR-00174-GEB

Dear Judge Burrell:

The above-named inmate was received at the United States Medical Center for Federal Prisoners on April 14, 2014, for a psychiatric examination under Title 18 U.S.C. 4241(b).  Mr. Orozco will remain at this facility for up to thirty days for the purpose of generating a treatment plan and additional competency evaluation. A copy of the requested psychological study will follow.  Additionally, we request that the attorneys assigned to this case forward relevant records to the assigned clinician.

If you have any questions or require additional information, Mr. Orozco is being seen by Dr. Lea Ann Preston Baecht. Dr. Preston Baecht may be reached at (417) 862-7041, extension 1567.

Sincerely,

Tom McIntosh
Mental Health Unit Manager



Juan Orozco-Garcia No. 2:15-CR-00174-GEB
Lea Ann Preston Baecht
to:
sfurstenau
05/05/2016 12:25 PM
Hide Details
From: "Lea Ann Preston Baecht" <LPreston@bop.gov>
To: <sfurstenau@caed.uscourts.gov>

Good afternoon,

I am a psychologist with the Federal Bureau of Prisons ins Springfield, Missouri, and I have been assigned to complete the competency evaluation of Mr. Orozco-Garcia. I was hoping you could provide me with the names, email addresses, and phone numbers of the attorneys assigned to the case so I could contact them for background information on Mr. Orozco-Garcia.

Please feel free to call me if you have any questions or concerns. My phone number is 417-862-7041 ext. 1567.

Thank you,

Lea Ann Preston Baecht, Ph.D.
Forensic Psychologist
United States Medical Center for Federal Prisoners
Springfield, Missouri 65810