UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-0174-GEB |
| Plaintiff, | |
| v. | **ORDER SCHEDULING STATUS HEARING** |
| JUAN OROZCO-GARCIA, | |
| Defendant. | |

        A   status   hearing   is   scheduled   in   this   action,
commencing at 9:00 A.M. on May 20, 2016, which could be vacated
if the parties submit a stipulation and proposed order sufficient
to provide the Federal Bureau of Prisons the time requested in
the attached May 19, 2016 letter from the Office of the Warden.
Dated:  May 16, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1