UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN OROZCO-GARCIA,

Defendant.

No. 2:15-cr-0174-GEB

**ORDER**

The undersigned judge received a letter dated May 19, 2016 from the Federal Bureau of Prisons in which additional time is requested for the completion of the mental health evaluation of defendant; the letter has been filed on the docket as ECF No. 36-1. After receiving this letter, a status conference was scheduled for May 20, 2016, so that the request could be discussed with counsel. (Order Scheduling Status Conf., ECF No. 36.) However, the judge subsequently became aware that the parties' stipulated to a waiver of time under the Speedy Trial Act up to and including June 17, 2016, which was approved in an Order filed on May 13, 2016. (Order, ECF No. 35.). In light of this Speedy Trial Act waiver, the status conference scheduled for May 20, 2016 is vacated. Further, today the judge left a phone message for the clinician that sent the May 19, 2016 letter, informing her that her request for additional time was granted.

Dated: May 18, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge