UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-0174-GEB |
| Plaintiff, | |
| v. | **ORDER** |
| JUAN OROZCO-GARCIA, | |
| Defendant. | |

      The undersigned judge received a letter dated June 22, 2016 from the Warden of the Federal Bureau of Prisons, U.S. Medical Center for Federal Prisoners, Springfield, Missouri, to which is attached a "Forensic Report" of defendant Juan Orozco-Garcia. The "OPINION REGARDING COMPETENCY TO PROCEED" portion of the forensic report states in pertinent part that it is the forensic psychologist's opinion that "Mr. Orozco is competent to proceed with his legal case."

      These documents shall be filed under seal, but shall be served on defendant Juan Orozco-Garcia's counsel and counsel for the United States.

Dated: July 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1