HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
JUAN OROZCO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-174 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| JUAN OROZCO-GARCIA, | Date: September 9, 2016 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Juan Orozco-Garcia, that the status conference scheduled for September 9, 2016 be vacated and be continued to September 23, 2016 at 9:00 a.m.

The reasons for the continuance are to allow time for travel arrangements to be made for Mr. Orozco-Garcia to return from Butner FCI to Sacramento, CA and to allow defense counsel to prepare and confer with Mr. Orozco-Garcia.  He was at Butner FCI for a mental competency evaluation which has now concluded.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including September 23, 2016, pursuant to 18 U.S.C. §3161(A) [mental competency] (F) [delay resulting from transportation] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference       -1-

Case 2:15-cr-00174-GEB   Document 47   Filed 08/12/16   Page 2 of 3

1

2   DATED: August 11, 2016                    Respectfully submitted,

3                                             HEATHER E. WILLIAMS
4                                             Federal Defender

5                                             */s/ Sean Riordan*
                                              SEAN RIORDAN
6                                             Assistant Federal Defender
7                                             Attorney for Juan Orozco-Garcia

8   DATED: August 11, 2016                    PHILLIP A. TALBERT
                                              Acting United States Attorney
9
                                              */s/ by Sean Riordan with consent*
10                                            KATHERINE LYDON
                                              Assistant U.S. Attorney
11                                            Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Continue         -2-
Status Conference

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 23, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(A) [mental competency] (F) [delay resulting from transportation] and General Order 479, (Local Code T4).

**It is further ordered** the September 9, 2016 status conference shall be continued until September 23, 2016, at 9:00 a.m.

Dated:  August 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge