HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JUAN OROZCO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN OROZCO-GARCIA,<br><br>Defendant. | NO. 2:15-cr-00174 GEB<br><br>STIPULATION REGARDING COMPETENCY AND STATUS UPDATE; PROPOSED ORDER<br><br>DATE: September 23, 2016<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

## I. STIPULATION REGARDING COMPETENCY

The defense represents the following:

On December 9, 2015, at the request of counsel for defendant, a clinical psychologist, Dr. Natasha Khazanov, P.h.D., produced a report in which she gave the opinion that Mr. Orozco-Garcia suffered from global neurocognitive impairments subsequent to significant degradation of a likely congenitally compromised intellectual capacity as well as other neurologic conditions.

On March 8, 2016, defense counsel filed a motion for psychiatric examination regarding mental competency, stating that counsel had a doubt regarding Mr. Orozco-Garcia's mental competency under 18 U.S.C. § 4241(a).

On March 11, 2016, the Court heard the motion for a psychiatric examination.

On March 14, 2016, the Court granted the motion for a psychiatric examination and

ordered Mr. Orozco-Garcia transferred to MCFP Springfield for such examination.

On June 22, 2016, Lee Ann Preston Baecht, Ph.D., a forensic psychologist at MCFP Springfield completed a forensic report finding Mr. Orozco-Garcia competent.

On or about September 7, 2016, Mr. Orozco-Garcia was returned to Sacramento County Jail, where he remains.

Since his return to Sacramento, defense counsel has met with Mr. Orozco-Garcia and has been able to communicate with him effectively regarding the nature and consequences of the proceedings against him and has found that he is able to assist properly in his defense.

THEREFORE,

Based upon defense counsel's interactions with Mr. Orozco-Garcia since his return from MFCP Springfield, and based upon the opinion of the BOP examiner that, at the time of his examination, Mr. Orozco-Garcia appeared to have an adequate understanding of the court process and the charges brought against him and a willingness and ability to assist in his defense, the defense hereby agrees and stipulates that Mr. Orozco-Garcia is presently able to understand the nature and consequences of the proceedings against him and to assist properly in his defense and is, therefore, competent to stand trial. Based on the defense's representations, and the BOP examiners' opinion, the government agrees and joins this stipulation.

Based on the foregoing, the parties hereby request that the Court find that Mr. Orozco-Garcia is presently mentally competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense, including standing trial, within the meaning of 18 U.S.C. § 4241. A proposed order is attached.

## II. STATUS UPDATE

At the hearing on September 23, 2016, the defense will request a future hearing date for a potential change of plea.

//

//

//

DATED: September 21, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for Defendant
JUAN OROZCO-GARCIA

DATED: September 21, 2016

PHIL TALBERT
Acting United States Attorney

*/s/ Katherine Lydon*
KATHERINE LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the Bureau of Prisons' Forensic Evaluation report and the stipulation of the parties, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the defendant, Juan Orozco-Garcia, is presently mentally competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense and to stand trial within the meaning of 18 U.S.C. § 4241.

Dated: September 22, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge