HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
JUAN OROZCO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:15-cr-174 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| JUAN OROZCO-GARCIA, | Date: September 30, 2016<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Juan Orozco-Garcia, that the status conference scheduled for September 30, 2016 be vacated and be continued to October 7, 2016 at 9:00 a.m.

This continuance is necessary as the parties are in plea negotiations and require additional time to review discovery, investigate the facts of this case, and for defense counsel to hold discussions with his client in furtherance of resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 7, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant agree that the ends of justice served by the Court granting this

1  continuance outweigh the best interests of the public and the defendant in a speedy trial.

2

3  DATED: September 28, 2016          Respectfully submitted,

4                                      HEATHER E. WILLIAMS
                                       Federal Defender
5
                                       /s/ Sean Riordan
6                                      SEAN RIORDAN
                                       Assistant Federal Defender
7                                      Attorney for JUAN OROZCO-GARCIA

8
    DATED: September 28, 2016          PHILLIP A. TALBERT
9                                      Acting United States Attorney

10                                     /s/ Katherine Lydon
                                       KATHERINE LYDON
11                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 7, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. **It is further ordered** the September 30, 2016 status conference shall be continued until October 7, 2016, at 9:00 a.m.

Dated:  September 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge